Hon. Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR13-0054RSL |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| PONLU LIM, | |
| Defendant. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Ponlu Lim.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to this Defendant are dismissed, without prejudice.  The outstanding warrant shall be quashed.

DATED this 21st day of March , 2018.

MHS Lasnik

ROBERT S. LASNIK
United States District Judge

*Order of Dismissal -- 1*
*U.S. v. Ponlu Lim; CR13-00054RSL*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970